```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MERLE BRUGMAN,

                      Plaintiff,               15-cv-7276 (PKC) (GWG)

      -against-

                                    ORDER ADOPTING REPORT
                                    AND RECOMMENDATION
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On September 14, 2015, Merle Brugman, proceeding *pro se*, filed this action seeking review of the final decision of the Commissioner of Social Security denying Brugman supplemental security income and disability benefits. (Dkt. 2). The Commissioner moved for judgment on the pleadings pursuant to Fed. R. Civ. P. (12)(c). (Dkts. 12-13). Burgman has not submitted any opposition to that motion.

        This Court referred the motion to Magistrate Judge Gabriel Gorenstein to hear and report. (Dkt. 16). On January 9, 2017, Magistrate Judge Gorenstein issued a Report and Recommendation (the "R&R") recommending that the motion for judgment on the pleadings be granted. (Dkt. 20). In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The R&R advised the parties that they had 14 days from the service of the R&R to file any objections with the undersigned, citing Rule 72(b), Fed. R. Civ. P., and 28 U.S.C. § 636(b)(1), and warned that failure to file such objections would result in a waiver of any right to object. (R&R at 19). More than three weeks have passed since the R&R was filed, and no objections or requests for extensions have been submitted to the Court. Brugman received clear

notice of the consequences of the failure to object and has waived the right to object to the R&R or obtain further judicial review of the magistrate's decision. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Mario v. P & C Food Mkts., Inc., 313 F.3d 758, 766 (2d Cir. 2002); see also Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

Where clear notice of the consequences of a failure to object has been provided, the Court may adopt an unobjected-to report and recommendation without *de novo* review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In such circumstances, "a district court need only satisfy itself that there is no clear error on the face of the record." Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). I have reviewed Magistrate Judge Gorenstein's thorough and well-reasoned R&R for clear error and have found none. Therefore, I adopt the Report and Recommendation in its entirety.

CONCLUSION

The Commissioner's motion for judgment on the pleadings (Dkt. 12) is GRANTED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
February 2, 2017